ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
California Bar Number 229637
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0115
    E-mail: Valerie.Makarewicz@usdoj.gov
Attorneys for Defendant
United States of America

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA A. TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. SA CV 13-00261 JVS (ANx)<br><br>**JUDGMENT**<br><br>Honorable James V. Selna<br><br>Motion Hearing:<br><br>Date: October 7, 2013<br>Time: 1:30 p.m.<br>Courtroom: 10 C, Ronald Reagan Federal Building and U.S. Courthouse<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

1

The following judgment is hereby entered in favor of the UNITED STATES OF AMERICA and against plaintiff PATRICIA A. TAYLOR with respect to the complaint for the refund of taxes for taxable year 2007.

Plaintiff PATRICIA A. TAYLOR is not entitled to any refund of the amount collected, including any amount paid for interest, penalties, and/or costs, for the period ending December 31, 2007 and requested by plaintiff in her "Complaint for Refund" filed on February 13, 2013.

**IT IS SO ORDERED.**

DATED: October 15, 2013

_____
JAMES V. SELNA
United States District Judge

Submitted by,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____/S/_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney

-1-